**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 7A

|  |  |
|---|---|
| Plaintiff,<br><br>v.<br><br><br><br>Defendant. | Court No. |

**NOTICE OF DISMISSAL**

    **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: _____

_____
Attorney for Plaintiff

_____
Street Address

_____
City, State and Zip Code

_____
Telephone No.

Order of Dismissal

    This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____   Clerk, U. S. Court of International Trade

                                                   By: _____
                                                           Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
|  |  |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)